IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

RECEIVED
APR 2020

Jacob Anthony Allen
(ENTER ABOVE THE NAME OF THE PLAINTIFF IN THIS ACTION)

IF THE PLAINTIFF IS A PRISONER: PRISONER # 030535

2 20 CV 21

Judge Graham

vs.

Sheriff Rodney Smith et al
(ENTER ABOVE THE NAME OF THE DEFENDANT IN THIS ACTION)

IF THERE ARE ADDITIONAL DEFENDANTS PLEASE LIST THEM:

Athens County Sheriffs Department
South Eastern Ohio Regional Jail
Heather Dorsey - Health Care Adminstrator

MAGISTRATE JUDGE DEAVERS

## COMPLAINT

I. PARTIES TO THE ACTION:

PLAINTIFF: PLACE YOUR NAME AND ADDRESS ON THE LINES BELOW. THE ADDRESS YOU GIVE MUST BE THE ADDRESS THAT THE COURT MAY CONTACT YOU AND MAIL DOCUMENTS TO YOU. A TELEPHONE NUMBER IS REQUIRED.

Jacob Anthony Allen
NAME - FULL NAME PLEASE - PRINT

16677 Riverside Dr
ADDRESS: STREET, CITY, STATE AND ZIP CODE

Nelsonville, Ohio 45764

(740)-590-3300
TELEPHONE NUMBER

IF THERE ARE ADDITIONAL PLAINTIFFS IN THIS SUIT, A SEPARATE PIECE OF PAPER SHOULD BE ATTACHED IMMEDIATELY BEHIND THIS PAGE WITH THEIR FULL NAMES, ADDRESSES AND TELEPHONE NUMBERS. IF NO ADDITIONAL PLAINTIFFS EXIST CONTINUE WITH THIS FORM.

PAGE 2 AND 3 OF THIS FORM DEAL ONLY WITH A PLAINTIFF THAT IS INCARCERATED AT THE TIME OF FILING THIS COMPLAINT.

IF YOU ARE A PRISONER FILING A CIVIL SUIT THE FOLLOWING INFORMATION IS REQUIRED:

PREVIOUS LAWSUITS:

- A. HAVE YOU BEGUN OTHER LAWSUITS IN STATE OR FEDERAL COURT DEALING WITH THE SAME FACTS INVOLVED IN THIS ACTION OR OTHERWISE RELATING TO YOUR IMPRISONMENT? YES ( ) NO (✓)

- B. IF YOUR ANSWER TO A IS YES, DESCRIBE THE LAWSUIT IN THE SPACE BELOW. (IF THERE IS MORE THAN ONE LAWSUIT, DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THE SAME OUTLINE.)

    1. PARTIES TO THIS PREVIOUS LAWSUIT

       PLAINTIFFS:

       DEFENDANTS:

    2. COURT (IF FEDERAL COURT, NAME THE DISTRICT: IF STATE COURT, NAME THE COUNTY)

    3. DOCKET NUMBER

    4. NAME OF THE JUDGE TO WHOM THE CASE WAS ASSIGNED

    5. DISPOSITION (FOR EXAMPLE, WAS THE CASE DISMISSED? WAS IT APPEALED? IS IT STILL PENDING?)

    6. APPROXIMATE DATE OF THE FILING OF THE LAWSUIT

    7. APPROXIMATE DATE OF THE DISPOSITION

PLACE OF PRESENT CONFINEMENT
South Eastern Ohio Regional Jail.

A. IS THERE A PRISONER GRIEVANCE PROCEDURE IN THIS INSTITUTION? YES (✓) NO ( )

B. DID YOU PRESENT THE FACTS RELATING TO YOUR COMPLAINT IN THIS STATE PRISONER GRIEVANCE PROCEDURE? YES (✓) NO ( )

C. IF YOUR ANSWER IS YES:

   1. WHAT STEPS DID YOU TAKE?
   Completed I.C.R.

   2. WHAT WAS THE RESULT?
   I.C.R. denied

D. IF YOUR ANSWER IS NO, EXPLAIN WHY NOT.

E. IF THERE IS NO PRISON GRIEVANCE PROCEDURE IN THIS INSTITUTION, DID YOU COMPLAIN TO PRISON AUTHORITIES? YES ( ) NO ( )

F. IF YOUR ANSWER IS YES:

   1. WHAT STEPS DID YOU TAKE?

   2. WHAT WAS THE RESULT?

DEFENDANTS:

PLACE THE NAME AND ADDRESS OF EACH DEFENDANT YOU LISTED IN THE CAPTION ON THE FIRST PAGE OF THIS COMPLAINT. THIS FORM IS INVALID UNLESS EACH DEFENDANT APPEARS WITH FULL ADDRESS FOR PROPER SERVICE.

1. Sheriff Rodney Smith etal
   NAMES - FULL NAME PLEASE
   Athens County Sheriffs Department Athens, Oh, 45701
   ADDRESS - STREET, CITY, STATE AND ZIP CODE

2. South Eastern Ohio Regional Jail - Warden J. Vanbiber
   16677 Riverside Drive, Nelsonville Oh 45764

3. Heather Dorsey - Health Care Admin.
   16677 Riverside Drive, Nelsonville Oh 45764

4. 

5. 

6. 

IF THERE ARE ADDITIONAL DEFENDANTS, PLEASE CONTINUE LISTING THEM.

South Eastern Ohio Regional Jail
Attorney Information:

Gary Hunter
26 South Congress St.
Athens, Ohio 45701

Phone #
(740) 592-5508

-4-

## STATEMENT OF CLAIM

PLEASE WRITE AS BRIEFLY AS POSSIBLE THE FACTS OF YOUR CASE. DESCRIBE HOW EACH DEFENDANT IS INVOLVED. INCLUDE THE NAME OF ALL PERSONS INVOLVED. GIVE DATES AND PLACES.

DO NOT GIVE ANY LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES.

IF YOU HAVE A NUMBER OF DIFFERENT CLAIMS; PLEASE NUMBER AND SET FORTH EACH CLAIM IN A SEPARATE PARAGRAPH. USE AS MUCH SPACE AS YOU NEED. YOU ARE NOT LIMITED TO THE PAPERS WE GIVE YOU. ATTACH EXTRA SHEETS THAT DEAL WITH YOUR STATEMENT CLAIM IMMEDIATELY BEHIND THIS PIECE OF PAPER.

On March 29, 2020. I Jacob Allen was pulling up to my Hotel, Hampton Inn on East State Street Athens, Ohio 45701. At approximatley 8:00pm. When all a sudden the Athens County Sheriffs Department. Aggrisivley swarmed my vehicle. Deputy Palencento was screaming I will shoot you. You son-of-a-B****. At that moment my P.T.S.D. must have taken control of my body. I have suffered from P.T.S.D since childhood, But symptoms gotten worse since my time in the military. My mother was on the phone the entire time, But I didnt know this. this was so tramatic. Just to think about and elaborate to you about this is making my anxiety set in. All I recall is coming to when I was face down in the dirt with handcuffs on and a deputy punching me in the side/right side of my head, he stated I should have just shot your faggot A**. than I was violently brought to my feet. I kept apologizing due to I didnt know what I have/or had done. Than they kept yelling and spitting in my face saying shut up fag.

-5- (see attached)

At that moment I knew my entire existance was at risk. They would not hesitate to take my life if I stepped wrong. But my health conditions was making it difficult for me to even walk. But I asked repeatedly please may I sit down (He) Deputy said sit down I will taze you. Finally made it to one cruiser and they through me in cussing me. Deputy Palimento got in the front seat and said I was gonna shoot the mother fucker. His fellow Deputies said watch what you say you are on camera. He got out. The Cruiser was stuck so I got out and was being escorted, they made me climb a fence with my hands cuffed behind my back. I couldnt at first they said do it or Im gonna throw your ass over it. The Deputy said I bet if there was a naked man over there you could do it right faggot. I climb to the top of the fence with no assitaince I fell from the top and landed directly on my face, they all laughed I was in so much pain. They jerked me up and and walked me to the next cruiser. Sat me on the ground. I kept begging for medical help. They at first wouldnt let me lay on the ground. But at that moment. My body couldnt stay setting up.

it gave way and I feel as if they was wanting me to just die. as I layed on the ground like common road kill. The Deputies began to talk foul about my mother. Stating she was a dirty ass stripper from back in the day who has fucked everyone. They doubt that my sister who is dying of cancer is even my real sister. I asked the deputy this when we was going down the road. Why they said this about my mother he had no reply. Within 15 minutes I arrived at the South Eastern Ohio Jail. After many attempts of asking for Medical Help I recieved none.

Than comes to when I arrived at the regional jail. I asked the CO's for medical help recieved none was put in the tank. Removed from the tank after Approx. 1 hr. taken to the CO's round staff desk ask questions. I listed most of my Medical conditions to the CO his name was Cheeseman. He stated to me that I could tell the nurse in a kite. So once I was able to kite the nurse and speak to them they have done absolutley nothing for me besides hand me some cold medicine and tylenol. I've sent Multiple request. I was told they can not find my files. I told All Medical staff and the jail and the Sherriffs Department

of my thoracic Outlet Syndrome. I had a Scheduled surgery on April 13, 2020. But did not get transported there. I was to have my two ribs removed from my upper left chamber. 1 metal brace placed there. I dont get good circulation and Some main arterys are pinched rather bad. This is very fatal. But to Everyone else has no care and wants me to expire sooner than I should. I have Dyspena, high blood pressure, Several blood clots. I am suppose to be recieving blood thinner shots 3x times a day. I have a mass on my Gaul bladder that is at the size of possible cancer. Ever ince I was pinched in the head repeatly and through my face from a 5ft drop. I have really bad igraines everyday. My Vision on My Right Eye is gotten decreassingly worse I can barely see. out of it. o I have severe spinal Issues.
ly Mental Health diseases are listed as below:
- Post Traumatic Stress Disorder
- Personality disorder
- manic depressive
- bi-polar
- panic anxeity disorder
- suicidal Iditations
- omicidal/suicidal tendincies.
- chizophernia.

Which none of these are being treated since incarcerated. I need to be at the V.A. Hospital/or Some Mental Health facility

All of my physical and mental conditions have been brought to the Attention of: Athens County Prosecuting Attorney, Athens County Sherriffs office, South Eastern Ohio Regional Jail. Heather Dorsey Health Care Admin. for Regional Jail. But it dosent seem to matter cause non has been address or even talked about so I am hoping that the State of Ohio doesn't want me to just lay down an expire. Like Athens County does As a Veteran of the United States of America. I can not even believe I am being treated this way.

- The Eight Adment affords the constitutional mininum protection agianst conditions of confinment. Which constitutes health threats and is in violations of plaintiffs Eight Amendment. To sufficiently serious depervation of serious medical needs. The official must both be aware of facts to diminstraite the infrence which could be drawn That a substaintale risk of serious harm exists. And he must also draw the inference. Therefore finding that the defendants deliberatley disregaurded that risk. After learning of that risk. And being deliberatley indifferent to plaintiffs serious medical needs

<u>case law</u>
cook vs. sicilian
_____ vs. Brenan 511 USC 825, 837

Plaintiffs pleadings provided legal viability and stated claim, which upon relief could be granted under 42 USC 1983. Plaintiff has provided legal arguments for which relief may be granted. Due to deliberate indefrenee to medical needs.

Thank you so very much for your time and consideration on this matter. But I come before the court on bended knee my life and safety and medical well-being is in danger

Respectfully Submitted

[signature]
4/19/2020

**RELIEF**

IN THIS SECTION PLEASE STATE (WRITE) BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT, CITE NO CASES OR STATUTES.

Plaintiffs pleadings provided legal viability and stated claim, which upon relief could be granted under 42 USC 1983. Plaintiff has provided legal arguments for which relief may be granted. Due to deliberate indiference to medical needs. Plaintiff demands Jury Trial and that the defendants be required to pay $725,000.00 if and when case is successfull. Plaintiff request an injuction to require that the South Eastern Ohio Regional Jail Provide adequate medical care and/or transfer me to a facility that can. I am requesting for SEORJ to reschedule Thoracic Outlet Syndrome Surgery and all other missed physical and Mental Appts.

SIGNED THIS 19 DAY OF April 2020.

*[signature]*
SIGNATURE OF PLAINTIFF