# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

| | | |
|---|---|---|
| JACOB ANTHONY ALLEN, | : | Case No. 2:20-cv-02121 |
| Plaintiff, | : | District Judge James L. Graham |
| | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | |
| RODNEY SMITH, *et al.*, | : | |
| Defendants. | : | |

## NOTICE TO PRO SE PLAINTIFF OF MOTIONS FOR SUMMARY JUDGMENT

You are hereby notified that Defendant Heather Dorsey filed a Motion for Summary Judgment on October 31, 2022. (Doc. 63). Defendants Deputy D.J. McCollister and Deputy Alex Pomento[1] also filed a Motion for Summary Judgment on October 31, 2022. (Doc. 64.) You should receive a copy of the Motions directly from Defendants.

Your responses must be filed with the Court no later than **November 28, 2022**. If you fail to file timely responses, Defendants' Motions to Dismiss may be granted and your case dismissed.

November 7, 2022

*/s/ Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge

---

[1] In the Statement of Claim in his Complaint, Plaintiff identifies this Defendant as "Deputy Palemento." However, filings from the Defendant indicate that his last name is spelled "Pomento."